E-GSIII

FILED
08 MAY 23 PM 2:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP
550

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2629

JOSEPH BIVINS
Plaintiff,

vs.

CONTRA CONSTA CITY ET AL
Defendant.

CASE NO. ____________

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, JOSEPH BIVINS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No NO

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0 Net: 0

Employer: NONE

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ____ No X

b. Income from stocks, bonds, or royalties? Yes ____ No X

c. Rent payments? Yes ____ No X

d. Pensions, annuities, or life insurance payments? Yes ____ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? Yes ____ No X

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $ 0 Net $ 0

4. a. List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

________________________________________________

________________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $ 0 Amount of Mortgage: $__________

6. Do you own an automobile? Yes ____ No X

Make __________ Year __________ Model __________

Is it financed? Yes ____ No ____ If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: ____________________

________________________________________________

Present balance(s): $ 0

Do you own any cash? Yes ____ No X Amount: $ 0

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

________________________________________________

8. What are your monthly expenses?

Rent: $ __________ Utilities: __________

Food: $ __________ Clothing: __________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| __________ | $ 0 | $ 0 |
| __________ | $ 0 | $ 0 |
| __________ | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 12, 2008 — DATE

Joseph Birins — SIGNATURE OF APPLICANT

Case Number: ______________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Joseph B. Bivins for the last six months at
[prisoner name]

Folsom Prison where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 22.47 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 53.43.

Dated: 5/14/08

Karen C. Davis
[Authorized officer of the institution]

REPORT ID: TS3030 .701

REPORT DATE: 05/14/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON FOLSOM
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 14, 2008

ACCOUNT NUMBER : B63111
ACCOUNT NAME : BIVINS, JOSEPH B
PRIVILEGE GROUP: A

BED/CELL NUMBER: B3SAT100000029L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 8.55 |
| 11/07 | D554 | INMATE PAYROL | 702351LP10 | | 27.00 | | 35.55 |
| 11/15* | W415 | CASH WITHDRAW | 702508 | 220052671 | | 5.00 | 30.55 |
| 12/06 | D554 | INMATE PAYROL | 702833IP11 | | 21.06 | | 51.61 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/07 | D554 | INMATE PAYROL | 703366IP12 | | 27.00 | | 78.61 |
| 02/06 | D554 | INMATE PAYROL | 703989IP01 | | 19.89 | | 98.50 |
| 02/11 | FC01 | DRAW-FAC 1 | 704122 | | | 98.50 | 0.00 |
| 03/06 | D554 | INMATE PAYROL | 704569IP02 | | 12.87 | | 12.87 |
| 03/10 | FR01 | CANTEEN RETUR | 704640 | | | 3.55- | 16.42 |
| 04/04 | D554 | INMATE PAYROL | 705090IP03 | | 27.00 | | 43.42 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 8.55 | 134.82 | 99.95 | 43.42 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 43.42 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/14/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY K. Karen C. Davis
TRUST OFFICE

Current balance is = $43.42
avg. six months deposits = $ 22.47
avg. six months balance = $ 53.43

# PROOF OF SERVICE BY MAIL

I JOSEPH BIVINS, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: B-63111

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON May 13,2008, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

fees waiver application and order for the Northern District Court

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

Northern district Court for the District court of California 450 Golden gate
San Francisco,Ca., 95814

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED 5/13/2008, 2008, AT FOLSOM, CALIFORNIA..

<signature here >



Joseph Bivins B-63111
Folsom State Prison
PO Box 950. 31A1-29L
Folsom. Ca. 95763
PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671
UNITED STATES POSTAGE
USA FIRST-CLASS FOREVER
PITNEY BOWES
02 1M
0004219402
$ 00.00⁰
MAY 20 2008
MAILED FROM ZIP CODE 95672
RECEIVED
MAY 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Office of The Clerk
U.S. District Court
Northern District of Calif.
450 Golden Gate Ave
San Francisco, Ca. 94102
Legal Mail

CCI R. Scicluna 5/16/08

Legal Mail