

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your action has been filed as a civil case number **CV 08    2629**.

It appears that you have not attached a complaint or petition to your other pleadings **MHP**

**(PR)**

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By
/Deputy Clerk

(IFP Application / ~~letter / exhibits~~ / ~~motion~~ / no complaint or petition)
(blank complaint form / petition attached)

Rev. 5/08

BIVINS