JOSEPH BIVINS
FOLSOM STATE PRISON
PO.. BOX 950)(B3/BA/30)
FOLSOM,CA., 95763

FILED

08 JUN -4 PM 1:00

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BIVINS
    PLAINTIFF

vs

City of Contra Costa et al
    Defendants

case no CV-08-2629 MHP
MOTION FOR CLARITY

    The plaintiff Joseph Bivins move upon the United States District Court Northern District of California, for the court to give clarity to the filing of his Civil Complaint, and fees waiver application.

    The plaintiff has filed the civil complaint and summons, with proof of indegency by filing a informa pauperis form application on the court and has received a filed copy of the document in which the court has received, but the notice also received in the envelop was that the plaintiff is not in compliance with the rule of the court by not submitting the same document stamp and filed.(see exhibit A,(Stamp copy complaint under the Civil Right Act 42 U.S.C.§§ 1983)9 for the denial of access to STR and Mt-DNA testing, for the more conclusive proof of actual innocent in committing a murder on Jones and Bowie in the year of 1974)

    (Exhibit B)( is the copy of the filed informa Pauperis application stamp filed.

 If the plaintiff is not in compliance with the rule of court by filing the said document, the plaintiff request notification.

    Date May 30,2008

                                                *Joseph Bivins* (signature)
                                              Joseph Bivins

# EXHIBIT - A

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name _____ Bivins Joseph _____
       (Last)            (First)            (Initial)

Prisoner Number __B-63111__

Institutional Address  Folsom State Prison, 300 Prison road, Folsom, California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph Bivins                                    )
(Enter the full name of plaintiff in this action.) )
                                                  )
                    vs.                           )   Case No. _____ (PR)
                                                  )   (To be provided by the Clerk of Court)
City of Contra Costa, Gary T Yancy                )
David Kanist, Douglas Maples, Donnel              )   **COMPLAINT UNDER THE**
                                                  )   **CIVIL RIGHTS ACT,**
Barry, W. O'Malley, P. Holes, Dorthy              )   **Title 42 U.S.C § 1983**
                                                  )
Northy, J. Bradley.                               )
(Enter the full name of the defendant(s) in this action) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

      [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

      A.  Place of present confinement _____Folsom state prison_____

      B.  Is there a grievance procedure in this institution?
              YES (x)    NO ( )

      C.  Did you present the facts in your complaint for review through the grievance procedure?
              YES (x)    NO ( )

      D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal __California Superior Court of Contr Costa__
Writ of habeas corpus petition

2. First formal level __First Appellate Court__
writ of habeas corpus petition

3. Second formal level __California Supreme Court__
Writ of habeas corpus petition

4. Third formal level __Northern District Court on a writ of habeas corpus__
Petition

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (x)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. __Not applicable__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JOSEPH BIVINS 300 Prison Road, Folsom Ca., 95763

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Contra Costa city 649 Main Street, Martinez, Ca., 94553-1233

COMPLAINT                                    - 2 -

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The plaintiff Joseph Bivins has stated that his 14th amendment rights to the United states Constitutional laws has been fundamental denied by denial of a right to an more conclusive STR and mtDNA testing, that would give support to an actual innocent in committing the murder upon Jones and Bowie.

Plaintiff further alleged his due process rights under the 14th Amendment When denial access to time of death, witnesses statement providing alibi in not able to committed the said act, denied access to excuplatory evidence for DNA testing

(SEE ATTACHMENT FOR COMPLETE ARGUMENTS)

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

The plaintiff prays that this court grant access to evidences, testimony, and what ever the court may deem necessary.

DNa Testing by STR and mt DNA testing and conclusion result Treated equally to the caselaw standand in ASborne, DJ-DAR April 3, 2008 at page 4670)

COMPLAINT                    - 3 -

1
2
3
4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   Signed this ___02___ day of ___June___, 20_08_

8
9                                    _____[signature]_____
10                                   Joseph Bivins
                                     (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                         - 4 -

1
2
3
4
5   I declare under penalty of perjury that the foregoing is true and correct.

6
7   Signed this ___02___ day of ___June___, 20_08_

8
9   _____
    Joseph Bivins
10           (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                         - 4 -

# EXHIBIT - B

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2629

JOSEPH BIVINS

        Plaintiff,

vs.

CONTRA CONSTA CITY ET AL

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

MHP

I, __JOSEPH BIVINS__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ___ No __NO__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____0____ Net: ____0____

Employer: __NONE__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

'RIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -



PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

## PROOF OF SERVICE BY MAIL

I JOSEPH BIVINS, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.
MY PRISON NUMBER IS: B- 63 111
MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON June 2, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

CIVIL RIGHT COMPLAIONT, FEES WAIVER APPLICATION, MOTION FOR CLARIFICATION

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

UNITED STATES DISTRICT COURT FORM THE NORTHERN DISRTRICT OF CALIFORNIA
450 Golden gate avenue, San Francisco, ca., 95814

Attorney General 1300 I street, suite 125, Sacramento, Ca., 95814

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED June 2, 2008, AT FOLSOM, CALIFORNIA..

Joseph Bivins

Jahmez Comey D-40605
FSP/B3/141/22
P.O. Box 950
Folsom, Ca 95476



United States District Court
for Northern District of California
450 Golden Gate avenue
San Francisco, Ca 94102-3483



United States District Court
for Northern District of California
450 Golden Gate avenue
San Francisco, Ca 94102-3483

"Legal Mail"



6/1/08